UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770

Peter J. Messitte
    Judge

(301) 344-0632

## M E M O R A N D U M

TO:        Counsel of Record

FROM:     Judge Peter J. Messitte

RE:        *Guevara, et al. v. Onyewu*
              Civil No. PJM 09-1688

DATE:     August 13, 2009

* * * * * * * *

This will confirm that argument on [3] Defendant Providence Hospital's Motion To Dismiss For Lack Of Personal Jurisdiction filed 8/7/2009 and [4] Defendant Chukwuemeka Onyewu, M.D.'s Motion To Dismiss filed 8/7/2009 will be heard on **November 23, 2009 at 10:00 a.m.** (Courtroom 4C).  The parties will be allotted <u>one and one half hours for total argument</u>.  Counsel should advise in writing <u>immediately</u> if they expect oral argument to exceed the allotted time frame.

PLEASE NOTE, however, that Judge Messitte may choose to decide this motion on the pleadings before the date scheduled for argument.  If so, you will be notified sufficiently in advance of that date.

PLEASE ALSO NOTE:  Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument.  Please also highlight the appropriate text.

                                                /s/
                                     PETER J. MESSITTE
                            UNITED STATES DISTRICT JUDGE