IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ELIZABETH GUEVARA and JOSE GUEVARA, | : : : |
| Plaintiffs, | : C.A. No. PJM 09-CV-1688 : |
| V. | : TRIAL BY JURY DEMANDED : |
| CHUKWUEMEKA ONYEWU, M.D. and PROVIDENCE HOSPITAL, | : : : |
| Defendants. | : |

## STIPULATION OF DISMISS

THIS  4th  day of  September , 2009, it is stipulated and agreed by and between plaintiffs, Elizabeth Guevara and Jose Guevara, (hereinafter "Plaintiffs") and defendants, Chukwuemeka Onyewu, M.D. and Providence Hospital (collectively "Defendants") through their respective counsel, that the claims of Plaintiffs against Defendants in the above-captioned matter are dismissed without prejudice.

PHILLIPS, GOLDMAN & SPENCE, P.A.    HEFFLER, UHL & TAYLOR

/s/ Lisa C. McLaughlin
Lisa C. McLaughlin, ESQ (#6159)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiffs

/s/ G. Branch Taylor
G. Branch Taylor, Esquire
84021 Connecticut Avenue, Suite #501
Chevy Chase, MD 20815
(240) 497-1999
Attorney for Defendant,
Providence Hospital

GLEASON, FLYNN, EMIG &
FOGLEMAN


  /s/ Larry D. McAfee
Larry D. McAfee #14519
11 N. Washington Street, Suite #400
Rockville, MD 20850
(301) 294-2110
Attorney for Defendant,
Chukwuemeka Onyewu, M.D.